IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA     *
                             *
    v.                       *    CR 618-014-7
                             *
MEGAN NICOLE BAZEMORE        *
```

O R D E R

Before the Court in the captioned case is Defendant Megan Nicole Bazemore's motion for early termination of supervised release. Defendant has just over a year remaining on her term of supervised release and has been in full compliance with all areas of supervision. Neither the Probation Office nor the United States Attorney's Office opposes early termination.

Therefore, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant Bazemore's term of supervised release (doc. 714) is **GRANTED**. Defendant Megan Nicole Bazemore is hereby discharged from supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Drew Walker of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of March, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA